# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| JULIE RODOSLOGOLU v. THE MACERICH COMPANY | CIVIL ACTION NO. 17-167 |
|---|---|

## O R D E R

**AND NOW**, this 10th day of April 2017, after review of ECF 4 and ECF 5, and for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that Plaintiff's Motion to Transfer Venue to the District of New Jersey is **GRANTED**.

This Action is hereby **TRANSFERRED** to the District of New Jersey. The clerk shall transfer the record to that district.

**BY THE COURT:**

**/s/ Michael M. Baylson**
**MICHAEL M. BAYLSON, U.S.D.J.**